**Order entered October 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01014-CR

**KIELLE DROMONE MCNEAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F15-00409-L**

## ORDER

We **GRANT** Official Court Reporter Victoria Franklin's October 13, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due on or before **November 30, 2015**.

/s/    LANA MYERS
JUSTICE